Clerk, U.S. District Court
U.S. Courthouse, Suite 100
2400 West Avenue
Newport News, VA 23607

OFFICIAL BUSINESS

Hasler
12/02/2019
US POSTAGE $000.50
FIRST CLASS MAIL
ZIP 23607
011D10647587

Lamonte Brown
2600 Warwick Boulevard
Newport News, VA 23607

NIXIE        231    CC 1          0212/08/19

BC:  2360743280 0       *0892-01621-08-23
  RETURN TO SENDER
  INSUFFICIENT ADDRESS
  UNABLE TO FORWARD

RECEIVED

2019 DEC 12 P 2:39

CLERK US DISTRICT COURT
NEWPORT NEWS, VIRGINIA